UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIA A. FOSTER | CIVIL ACTION |
| VERSUS | NO. 23-3349 |
| DANIELLE BARTON, ET AL. | SECTION "R" (1) |

## ORDER AND REASONS

Plaintiff Demetria Foster, proceeding *pro se* and *in forma pauperis*, filed this lawsuit against defendants Danielle Barton, Eldridge Phillips, Jennifer Hamburger, Giovan K. Jackson, Keisha Gaines, the American Red Cross, University Medical Center, Tulane Medical Center, Derdanra Washington, Louis Robinson, Sr., Diane Robinson, Brandy Green, Morris Bart, Mayor LaToya Cantrell, HANO, Edifie Security, Lekisha Foster Link, Chase Bank, and Shavon Duhon.[1] On October 2, 2023, Magistrate Judge Janis van Meerveld issued a Report & Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint as legally frivolous and for failing to state a claim upon which relief can be granted.[2] *See* 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

---

1   R. Doc. 1.
2   R. Doc. 6.

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __24th__ day of October, 2023.

*[signature: Sarah Vance]*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE